UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:25-CR-00015 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| ISAIAH ROBINSON | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation.  After an independent review of the record, and noting absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 35] is correct and adopts the findings and conclusions as its own.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant, Isaiah Robinson is mentally competent to proceed to trial and a hearing is not required, consistent with the findings in the REPORT AND RECOMMENDATION. [Doc. 35].

THUS DONE AND SIGNED in Chambers on this 5th day of January 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE